**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CHERYL THURSTON §<br>*Plaintiff* §<br>§<br>§<br>v. §<br>§<br>§<br>BCM FEDERAL CREDIT UNION §<br>*Defendant* § | Case No. 3:17-cv-3391-N |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Brownstein Hyatt Farber Schreck, LLP                                         , with offices at

410 Seventeenth Street, Suite 2200
(Street Address)

Denver                                 CO                  80202
(City)                                 (State)             (Zip Code)

303-223-1100                           303-223-1111
(Telephone No.)                        (Fax No.)

**II.**   Applicant will sign all filings with the name  Christine A. Samsel  .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Amicus Curiae Credit Union National Association ("CUNA")

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of the state of _____Colorado_____, where Applicant regularly practices law.

Bar license number: 42114     Admission date: June 2, 2010

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| California | 12/04/1990 | Active |
| Virginia | 01/08/2002 | Active |
| District of Columbia | 04/02/2001 | Active |
|  |  |  |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Glen Shook, Esq.                                    , who has offices at

20079 Stone Oak Pkwy, Suite 1105-134
(Street Address)

San Antonio                    TX           78258
(City)                         (State)      (Zip Code)

210-481-6114
(Telephone No.)                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 21st day of February, 2018.

Christine A. Samsel
Printed Name of Applicant

/s/ Christine A. Samsel
Signature